# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

RECEIVED
09 SEP -1 AM 9:49
U.S. BANKRUPTCY COURT
MINNEAPOLIS, MN

IN RE:

ALANNA K DAYTON

**UNCLAIMED DIVIDENDS FOR DEPOSIT TO REGISTRY FUND**

Debtor(s)   **CASE NO. BKY 05-80691 RJK**

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to Observatory Apartments in the amount of $31.87, were unclaimed.

CREDITOR:
Observatory Apartments
C/O Weisberg Law Office
PO Box 26759
Minneapolis, MN 55426-0759

CLAIM NUMBER:
3

AMOUNT:
$31.87

ACCOUNT NUMBER:
200382548

**Jasmine Z. Keller, Trustee**

Dated: August 31, 2009

/s/ Jasmine Z. Keller/jj
Jasmine Z. Keller, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee