# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| IN RE:<br><br>ALANNA K DAYTON | **UNCLAIMED DIVIDENDS FOR DEPOSIT TO REGISTRY FUND**<br><br>Debtor(s)    **CASE NO. BKY 05-80691 RJK** |
|---|---|

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to Observatory Apartments in the amount of $31.00, were unclaimed.

| CREDITOR: | CLAIM NUMBER: | AMOUNT: |
|---|---|---|
| Observatory Apartments<br>C/O Weisberg Law Office<br>PO Box 26759<br>Minneapolis MN 55426-0759 | 3 | $31.00 |

ACCOUNT NUMBER:
200382548

**Jasmine Z. Keller, Trustee**

Dated: September 11, 2009

/s/ Jasmine Z. Keller/JJ
Jasmine Z. Keller, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee